No. 10, Original, October Term, 1959. UNITED STATES
v. LOUISIANA ET AL., 363 U. S. 1. Joint motion of Ala-
bama, Mississippi, and Louisiana for leave to file supple-
ment to petitions for rehearing granted. Petitions for
rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE
CLARK took no part in the consideration or decision of this
motion and application.

No. 7, October Term, 1959. WOLFE ET AL. v. NORTH
CAROLINA, ante, p. 177;
No. 321, October Term, 1959. SUN OIL Co. v. FED-
ERAL POWER COMMISSION, ante, p. 170;
No. 335, October Term, 1959. SUNRAY MID-CON-
TINENT OIL Co. v. FEDERAL POWER COMMISSION, ante,
p. 137; and
No. 416, October Term, 1959. GONZALES v. UNITED
STATES, ante, p. 59. Motions for leave to file supplement
to petitions for rehearing granted. Petitions for rehearing
denied.

No. 71, October Term, 1959. DE VEAU v. BRAISTED,
363 U. S. 144. Petition for rehearing denied. MR. JUS-
TICE HARLAN took no part in the consideration or decision
of this application.

No. 706, October Term, 1959. BRASS & COPPER
WORKERS FEDERAL LABOR UNION No. 19,322, AFL–CIO,
v. AMERICAN BRASS Co., KENOSHA DIVISION, 363 U. S.
845. Petition for rehearing denied. MR. JUSTICE BLACK
took no part in the consideration or decision of this
application.

No. 896, October Term, 1959. DEFOE v. SUCHMAN
ET AL., 363 U. S. 417. Motion to dispense with printing
petition for rehearing granted. Petition for rehearing
denied.